OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

US POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG 06 2015

7/29/2015                                              COA No. 14-14-00209-CR
Johnson, Jonathan Glen     Tr. Ct. No. 1377006              PD-0396-15
On this day, the Appellant's Pro Se petition for discretionary review has been
refused.

Abel Acosta, Clerk

JONATHAN GLEN JOHNSON
TDC# 01943739

FWD